F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   FEB 2 4 2026   ★

LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

RECEIVED
FEB 2 4 2026
EDNY PRO SE OFFICE

Phyllis M. Somerville

_____

_____

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

REC'D IN PRO SE OFFICE
FEB 24 '26 PM 12:51

Suffolk County Community College

_____

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

Complaint for Employment
Discrimination

CV 26 1061

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial:   ☑ Yes   ☐ No
(check one)

CHOUDHURY, J.

DUNST, M.J.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Phyllis M. Somerville |
| Street Address | 5 Beechwood Drive |
| City and County | Shirley |
| State and Zip Code | NY, 11967 |
| Telephone Number | 347-234-2877 |
| E-mail Address | phyllisbsomerville@outlook.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Suffolk County Community College (a Public Community College) |
| Job or Title (if known) | |
| Street Address | 533 College Road |
| City and County | Selden, NY 11784 |
| State and Zip Code | NY 11784 |
| Telephone Number | 631-451-4235 |
| E-mail Address (if known) | popea@sunysuffolk.edu |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

☐      Other federal law *(specify the federal law)*:

_____

☐      Relevant state law *(specify, if known)*:

_____

☐      Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

         ☐      Failure to hire me.
         ☐      Termination of my employment.
         ☐      Failure to promote me.
         ☑      Failure to accommodate my disability.
         ☑      Unequal terms and conditions of my employment.
         ☑      Retaliation.
         ☑      Other acts *(specify)*:   Hostile Work Environment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.      It is my best recollection that the alleged discriminatory acts occurred on date(s)

Beginning in 2023, continuing throughout 2024 including on or about 12/12/2024

and continuing through the present.

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | SCCC Culinary Arts & Hospitality Center |
| Street Address | 20 East Main Street |
| City and County | Riverhead |
| State and Zip Code | NY 11901 |
| Telephone Number | 631-548-3701 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

C.    I believe that defendant(s) *(check one)*:

    ☑    is/are still committing these acts against me.

    ☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

    ☐    race _____

    ☐    color_____

    ☑    gender/sex _____

    ☐    religion _____

    ☐    national origin _____

    ☐    age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

    ☑    disability or perceived disability *(specify disability)* Cancer and related medical conditions requiring protection and accommodations.

E.    The facts of my case are as follows. Attach additional pages if needed.

Please see attached Statement which set forth the detailed statement of facts and claims for relief.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

5

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

08/16/2025

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)* · 11/26/2025

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Plaintiff respectfully requests that the Court award the following relief:

Please see attached Statement which set forth the detailed statement of facts and claims for relief.

6

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 23, 20 26

Signature of Plaintiff    *Phyllis M. Somerville*

Printed Name of Plaintiff    Phyllis M. Somerville

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP


PHYLLIS M. SOMERVILLE,

Plaintiff,


v.


SUFFOLK COUNTY COMMUNITY COLLEGE,

Defendant.


-------------------------------------------------------------

COMPLAINT

JURY TRIAL DEMANDED

-------------------------------------------------------------


## I. Jurisdiction and Venue

1. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12101 et seq.

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in this District because the unlawful employment practices occurred in Suffolk County, New York.

## II. Parties

4. Plaintiff Phyllis M. Somerville is a resident of Suffolk County, New York.

5. Defendant Suffolk County Community College is a public educational institution located in Selden, New York, and is an employer within the meaning of Title VII and the ADA.

## III. Exhaustion of Administrative Remedies

6. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC) on August 16, 2025.

7. The Charge alleged discrimination based on sex, disability, and retaliation.

Page 1 of 4

8. On November 26, 2025, the EEOC issued a Determination and Notice of Rights.

9. This Complaint is filed within ninety (90) days of Plaintiff's receipt of the Notice of Right to Sue.

## IV. Statement of Claim

10. Plaintiff has been employed by Suffolk County Community College since March 11, 2019, including at the Culinary Arts & Hospitality Center in Riverhead, New York.

11. Beginning in 2023 and continuing into 2024, Plaintiff was subjected to repeated unwelcome sex-based harassment by Chef Instructor Vincent Winn, including unwelcome sexual comments, invasive conduct, and repeated violations of personal space.

12. Plaintiff reported the conduct to management and to SCCC's Title IX office and requested corrective action.

13. Plaintiff has documented medical disabilities, including skin cancer, and Defendant was informed that Plaintiff underwent major cancer surgery and remained medically vulnerable.

14. Beginning in or about October 2024, Plaintiff requested reasonable accommodations and protective measures, including separation from Mr. Winn, workspace modifications, schedule modifications, and a protective no-contact order. These requests were not granted.

15. On November 6, 2024, Plaintiff's advocate met with Title IX Coordinator Christina Vargas and reiterated ongoing harassment and Plaintiff's medical vulnerability.

16. On December 12, 2024, Defendant imposed a mutual no-contact order affecting Plaintiff's working conditions.

17. Vincent Winn retired on February 28, 2025.

18. On or about July 18, 2025, Defendant substantiated Plaintiff's complaint of sexual harassment.

19. Despite substantiation and Mr. Winn's retirement, Defendant continues to maintain the mutual no-contact order affecting Plaintiff's employment.

20. The discriminatory and retaliatory acts began in 2023, continued throughout 2024 (including on or about December 12, 2024), and continue through the present.

21. Plaintiff has suffered emotional distress and ongoing harm as a result of Defendant's actions and inactions.

## V. Claims for Relief

Count I – Title VII Hostile Work Environment

22. Plaintiff was subjected to unwelcome sex-based harassment that was severe or pervasive.

Page 2 of 4

23. Defendant failed to take prompt and effective corrective action.

Count II – Title VII Retaliation

24. Plaintiff engaged in protected activity by reporting harassment and requesting corrective measures.

25. Defendant subjected Plaintiff to adverse employment actions, including imposition and continuation of the mutual no-contact order.

Count III – ADA Failure to Accommodate

26. Plaintiff is an individual with a disability within the meaning of the ADA.

27. Defendant was aware of Plaintiff's disability.

28. Plaintiff requested reasonable accommodations.

29. Defendant failed to provide reasonable accommodations.

Count IV – ADA Retaliation

30. Plaintiff engaged in protected activity by requesting accommodations and filing complaints.

31. Defendant subjected Plaintiff to adverse action following those requests.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Phyllis M. Somerville, respectfully requests that this Court grant the following relief:

- Compensatory damages for emotional distress and related harm in an amount to be determined at trial;
- Injunctive relief, including removal of the mutual no-contact order and any related restrictions imposed upon Plaintiff;
- Injunctive relief requiring Defendant to implement appropriate corrective measures to ensure a workplace free from sex-based harassment, disability discrimination, and retaliation;
- Punitive damages as permitted under Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act;
- Costs of this action and any allowable attorney's fees pursuant to Title VII and the ADA;
- Such other and further relief as the Court deems just and proper.

Page 3 of 4

Plaintiff further alleges that the harms described herein are ongoing, in that the mutual no-contact order remains in effect and continues to adversely affect Plaintiff's work environment.

## VII. Jury Demand

Plaintiff demands a trial by jury on all issues so triable.

Dated: February 24, 2026

Respectfully submitted,

Phyllis M. Somerville

5 Beechwood Drive

Shirley, NY 11967

347-234-2877

Email: phyllisbsomerville@outlook.com

**Page 4 of 4**

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/26/2025

**To:** Mrs. Phyllis Somerville
5 Beechwood Drive
SHIRLEY, NY 11967
Charge No: 520-2025-02567

EEOC Representative and email:   ANDREA MACANCELA
INVESTIGATOR
ANDREA.MACANCELA@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2025-02567.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
11/26/2025
Arlean Nieto
Acting District Director

*page 1 of 2*          Exhibit A

Cc:
Ashley Pope
popea@sunysuffolk.edu

NA NA
Suffolk County Community College
533 College Road
RIVERHEAD, NY 11901

Drew Schirmer
drew.schirmer@suffolkcountyny.gov

Please retain this Notice for your records.

Exhibit A

page 2 of 2