AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 24 2026 ★
LONG ISLAND OFFICE

Phyllis M. Somerville
_____
Plaintiff(s)

v.

Suffolk County Community College
_____
Defendant(s)

Civil Action No. CV 26 1061

CHOUDHURY, J.
DUNST, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Suffolk County Community College
533 College Road
Selden, NY 11784

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Phyllis M. Somerville
5 Beechwood Dr
Shirley NY 11967

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: February 24, 2026

_____
Signature of Clerk or Deputy Clerk